UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR495-00101-001 |
| | ) | |
| James Richard Grant | ) | |

### ORDER

On June 8, 2006, the above-named defendant filed a motion to have his term of imprisonment Nunc Pro Tunc to June 8, 1994. After reviewing the defendant's motion, the Court finds said motion is without merit. According to the Georgia Department of Corrections, the period of time the defendant seeks to have credited towards his federal sentence, July 8, 1994, through September 23, 1996, was credited to his imprisonment sentence for the State of Georgia while the defendant was in Ware State Prison, Waycross, Georgia. As such, the defendant's motion is denied.

SO ORDERED, this _11_ day of _July_, 2006.

_____
Judge, U.S. District Court